UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JANELYS HERNANDEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

  -v-

OUTDOOR RESEARCH LLC,

                Defendant.

------------------------------------------------------------------X

23 Civ. 8888 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

On February 14, 2024, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for April 10, 2024 at 10:30 a.m. Dkt. 12 at 2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due April 3, 2024. The parties failed to submit either.

By 5:00 p.m. April 8, 2024, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 12. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute. *See Castro v. Outdoorsmans Resale, Inc.*, No. 23 Civ. 3516 (JMF), 2024 WL 659943 (S.D.N.Y. Feb. 16, 2024) (imposing a $5,000 sanction on plaintiff's counsel, referring him to the Grievance Committee for this District, and listing repeated instances of his failure to comply with court orders and deadlines).

SO ORDERED.

Dated: April 5, 2024
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge